No. 261. AMERICAN NATIONAL BANK OF JACKSON-VILLE *v.* UNITED STATES ET AL., 358 U. S. 835. Motion for leave to file petition for rehearing denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application.

ALMOND ET AL. *v.* JAMES ET AL. Appeal from the United States District Court for the Eastern District of Virginia. Appeal dismissed pursuant to stipulation under Rule 14 of the Rules of this Court. *J. Lindsay Almond, Jr.,* Governor of Virginia, *Albertis S. Harrison, Jr.,* Attorney General of Virginia, and *Walter E. Rogers,* Special Assistant Attorney General, for appellants. *Edmund D. Campbell* for appellees.

MAY 27, 1959.

CITY OF PASSAIC *v.* GENERAL ELECTRIC CO. ET AL. Appeal from the Supreme Court of New Jersey. Appeal dismissed pursuant to stipulation under Rule 14 of the Rules of this Court. *William N. Gurtman* for appellant. *John W. Hand* for the General Electric Co., and *David D. Furman,* Attorney General of New Jersey, and *Theodore I. Botter,* Deputy Attorney General, for the Division of Tax Appeals, Department of the Treasury of New Jersey, appellees.

JUNE 1, 1959.

No. 794, Misc. ORTIZ *v.* NEW MEXICO; and
No. 815, Misc. JOINER *v.* SINCLAIR, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.